```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

TERRY WHITE,                        :
                                    :
    Plaintiff,                     :
                                    :
vs.                                 :
                                    :   CIVIL ACTION 14-0341-M
CAROLYN W. COLVIN,                  :
Social Security Commissioner,       :
                                    :
    Defendant.                     :

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor Defendant Carolyn W. Colvin and against Plaintiff Terry White.

DONE this 9th day of March, 2015.

```
                            s/BERT W. MILLING, JR.
                            UNITED STATES MAGISTRATE JUDGE
```